IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY DEWAYNE STANLEY**                                                                **PLAINTIFF**

**v.**                              **Case No: 4:25-CV-1085-JM**

**DOES**                                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 5th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE